# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to:<br><br>*Anheuser-Busch, LLC, et al. v.*<br>*BNSF Railway Company, et al.*<br>(Case number 1:20-cv-00523-BAH) | MDL Docket No. 2925<br>Misc. No. 20-0008 (BAH) |

## [PROPOSED] ORDER GRANTING PLAINTIFFS ANHEUSER-BUSCH, LLC AND ANHEUSER-BUSCH COMPANIES, LLC'S STIPULATED MOTION REGARDING AMENDED COMPLAINT

For the reasons stated therein, it is this \_\_\_\_ day of June 2020 hereby ORDERED that Plaintiffs Anheuser-Busch, LLC and Anheuser-Busch Companies, LLC's Stipulated Motion Regarding Amended Complaint is GRANTED; Defendants shall answer or otherwise respond to the Amended Complaint on or before June 12, 2020.

IT IS SO ORDERED.

_____
The Honorable Beryl A. Howell
Chief Judge
United States District Court for the District of Columbia